

DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
PHONE: (702) 388-6503
FAX: (702) 388-6418
Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL INDICTMENT |
| ) | |
| PLAINTIFF, ) | 2:15-CR-200 |
| ) | |
| VS. ) | VIOLATION: |
| ) | |
| RAY ANDERSON, aka, ) | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) - Felon |
| RAY LUCIOUS, ) | in Possession of a Firearm. |
| ) | |
| DEFENDANT. ) | |

**THE GRAND JURY CHARGES THAT:**

On or about June 24, 2015, in the State and Federal District of Nevada,

**RAY ANDERSON**, aka,
RAY LUCIOUS,

defendant herein, having been convicted of crimes punishable by imprisonment for a term exceeding one year, in the State of Nevada, to wit:  Conspiracy to Commit Robbery (Count One) and Robbery with Use of a Deadly Weapon (Count Two), in the Eighth Judicial District Court, Clark County, on or about December 13, 2007, in Case No. C226610; and Assault with

Use of a Deadly Weapon, in the Eighth Judicial District Court, Clark County, on or about December 27, 2007, in Case No. C227276, did knowingly possess a firearm, to wit: a Ruger .44 Magnum revolver, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**DATED:** this 8th day of July, 2015.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

PHILLIP N. SMITH, JR.
Assistant United States Attorney