# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAY ANDERSON,<br>Aka Ray Lucious,<br><br>Defendant. | Case No.: 2:15-cr-200<br><br>ORDER FOR ISSUANCE OF<br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM FOR<br>RAY ANDERSON<br>(ID#) 1999499 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **RAY ANDERSON** before the United States District Court at Las Vegas, Nevada, on or about JUL 16 2015 Ctrm 3B, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: July 7, 2015

_____
UNITED STATES MAGISTRATE JUDGE

DANIEL G. BOGDEN
United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:15cr- 200 |
| ) | |
| Plaintiff, ) | PETITION FOR WRIT OF HABEAS |
| ) | CORPUS AD PROSEQUENDUM FOR |
| vs. ) | RAY ANDERSON |
| ) | (ID#) 1999499 |
| ) | |
| RAY ANDERSON, ) | |
| Aka Ray Lucious, ) | |
| ) | |
| Defendant. ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **RAY ANDERSON**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **RAY ANDERSON** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **RAY ANDERSON** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on _____JUL 16 2015_____ Ctrm, 3B , at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **RAY ANDERSON** before the United States District Court on or about _____JUL 16 2015_____ Ctrm 3B , at the hour of 3:00 p.m., for arraignment and

2

1  from time to time and day to day thereafter until excused by the Court has been ordered by the
2  United States Magistrate or District Judge for the District of Nevada.
3      WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
4  Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center,
5  Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding
6  them to produce the said **RAY ANDERSON** before the United States District Court on or about
7  _JUL 16 2015_ [trm 3B], at the hour of 3:00 p.m., for arraignment and from time
8  to time and day to day thereafter, at such times and places as may be ordered and directed by the
9  Court entitled above, to appear before the Court, and when excused by the said Court, to be
10 returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.
11     DATED this 7th day of July, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney


_/s/ Phillip N. Smith Jr._
PHILLIP N. SMITH, JR.
Assistant United States Attorney

2