RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RACHEL M. KORENBLAT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Ray Anderson

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>RAY ANDERSON,<br><br>           Defendant. | Case No. 2:15-cr-200-KJD-PAL<br><br>**UNOPPOSED MOTION TO WITHDRAW THE MOTION FOR A COURT ORDER TO SUBPOENA PEN REGISTER/TRAP AND TRACE WITH SUBSCRIBER & CELL SITE LOCATION INFORMATION (CR # 18) WITHOUT PREJUDICE** |

Certification:  This motion is timely filed.

   Comes now the defendant, RAY ANDERSON, by and through his counsel of record, RACHEL KORENBLAT, Assistant Federal Public Defender, and files this Unopposed Motion to Withdraw his Motion for a Court Order to Subpoena (CR # 18) Without Prejudice.

   This motion is supported by the following Points and Authorities, and all pleadings and papers filed herein.

DATED this 27th day of October, 2015.

         RENE VALLADARES
         Federal Public Defender

       By: */s/ Rachel Korenblat*
         RACHEL KORENBLAT,
         Assistant Federal Public Defender
         Attorney for Ray Anderson

**MEMORANDUM OF POINTS AND AUTHORITIES**

On September 17, 2015, counsel for Mr. Anderson filed a Motion for a Court Order to Subpoena Pen Register/Trap and Trace with Subscriber & Cell Site Location Information. (CR # 18.) Thereafter, the government began to produce the items sought by the motion. It now appears that the government has provided the undersigned with all of the items sought by the motion, except the government continued to redact certain information.

It does not appear at this moment that the redacted information is necessary to determine whether Mr. Anderson has a possible *Franks* motion based on the Declaration seeking the pen registry, trap and trace, and cell site location information. Thus, in consultation with the government, the undersigned agreed to withdraw the request for a court ordered subpoena. Because the government voluntarily provided the necessary information sought by the motion, this Court should grant the motion to withdraw without prejudice.

DATED this 27th day of October, 2015.

Respectfully Submitted,

RENE VALLADARES
Federal Public Defender

By: */s/ Rachel Korenblat*
RACHEL KORENBLAT,
Assistant Federal Public Defender
Attorney for Ray Anderson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>RAY ANDERSON,<br><br>   Defendant. | Case No. 2:15-cr-200-KJD-PAL<br><br>**ORDER ON THE UNOPPOSED MOTION TO WITHDRAW THE MOTION FOR A COURT ORDER TO SUBPOENA PEN REGISTER/TRAP AND TRACE WITH SUBSCRIBER & CELL SITE LOCATION INFORMATION (CR # 18) WITHOUT PREJUDICE** |

Based on the Unopposed Motion to Withdraw the Motion to Withdraw the Motion for a Court Order to Subpoena Pen Register/Trap and Trace with Subscriber & Cell Site Location Information (the "Motion") and good cause appearing therefore,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Motion is hereby GRANTED, and the Motion (CR # 18) is withdrawn without prejudice.

DATED this 2nd day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

4

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on October 27, 2015, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO WITHDRAW THE MOTION FOR A COURT ORDER TO SUBPOENA PEN REGISTER/TRAP AND TRACE WITH SUBSCRIBER & CELL SITE LOCATION INFORMATION (CR # 18) WITHOUT PREJUDICE** by electronic service (ECF) to the person named below:

>DANIEL BOGDEN
>United States Attorney
>PHILLIP N. SMITH JR.
>333 Las Vegas Blvd. So. 5th Floor
>Las Vegas, NV 89101

*/s/ Karen Meyer*
_____
Employee of the Federal Public Defender