DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
(702) 388-6336

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:15-cr-200-KJD-PAL** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RAY ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Rachel M. Korenblat, Assistant Federal Public Defender, counsel for Defendant RAY ANDERSON, that the date for the Government to file a response to the Defendant's Motion to Suppress (Docket #25) be extended for two (2) weeks.

This stipulation is entered for the following reasons:

1.  The Defendant's Motion was filed and served on January 13, 2016. PACER set the Government's response deadline for January 30, 2016. *See* Docket #25.

2.  The parties have commenced an attempt at negotiating the case, which would obviate the need for the Government to file a response to the Defendant's Motion.

3. The Defendant is incarcerated, but he does not object to the continuance of the Government's response deadline.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties to attempt to negotiate this case, and then for the Government to have adequate time to prepare an appropriate response to the Defendant's Motion if a negotiation is unsuccessful.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the first stipulation filed herein to continue the Government's response deadline.

DATED: January 29, 2016.

| /s/ | /s/ |
|---|---|
| PHILLIP N. SMITH, JR. | RACHEL KORENBLAT |
| Assistant United States Attorney | Assistant Federal Public Defender |
| Counsel for the United States | Counsel for Defendant RAY ANDERSON |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:15-cr-200-KJD-PAL** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RAY ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Defendant's Motion was filed and served on January 13, 2016. PACER set the Government's response deadline for January 30, 2016. *See* Docket #25.

2. The parties have commenced an attempt at negotiating the case, which would obviate the need for the Government to file a response to the Defendant's Motion.

3. The Defendant is incarcerated, but he does not object to the continuance of the Government's response deadline.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties to attempt to negotiate this case, and then for the Government to have adequate time to prepare an appropriate response to the Defendant's Motion if a negotiation is unsuccessful.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6.     This is the first stipulation filed herein to continue the Government's response deadline.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the motion response deadline.

## CONCLUSIONS OF LAW

The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time to attempt to negotiate this case and to allow the Government adequate time to prepare a response to the Defendant's Motion to Suppress if the case is not negotiated, taking into account due diligence. The failure to grant said continuance would likely result in a miscarriage of justice.

## ORDER

IT IS THEREFORE ORDERED, that the previously-scheduled response deadline for the Government to respond to the Defendant's Motion to Suppress (Docket #25) is extended until __February 16__, 2016.

_____
UNITED STATES MAGISTRATE JUDGE