**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>RAY ANDERSON,<br><br>            Defendant. | Case No. 2:15-cr-200-KJD-PAL<br><br>**ORDER** |

        IT IS FURTHER ORDERED that the objections to the Magistrate Judge's Report and Recommendation due May 14, 2016, be vacated and continued to June 13, 2016.

        DATED this 9th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON