```
___FILED           ___RECEIVED
___ENTERED         ___SERVED ON
              COUNSEL/PARTIES OF RECORD

         MAY 2 3 2016

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:15-cr-00200-KJD-PAL |
| vs. | |
| RAY ANDERSON | |
| Defendant. | **ORDER** |

On May 23, 2016, the MOTION to Withdraw as Counsel was GRANTED.

Accordingly, IT IS HEREBY ORDERED that LANCE A. MANINGO, is APPOINTED as counsel for Ray Anderson for all future proceedings.

The Federal Public Defender's Office shall forward the file to Mr. Maningo forthwith.

DATED this _23rd_ day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE