BELLON & MANINGO, LTD.
LANCE A. MANINGO, ESQ.
Nevada Bar No.: 006405
732 S. Sixth Street, Suite 102
Las Vegas, Nevada 89101
Telephone: (702) 452-6299
Facsimile: (702) 452-6298
Email: lam@bellonandmaningo.com
Attorney for Defendant
RAY ANDERSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | 2:15-CR-00200-KJD-PAL |
| Plaintiff, | (First Request) |
| vs. | |
| RAY ANDERSON, | |
| Defendant. | |

**STIPULATION AND ORDER TO EXTEND TIME TO FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT OF FINDINGS AND RECOMMENDATION[49]**

IT IS HEREBY STIPULATED AND AGREED by and between LANCE A. MANINGO, ESQ., of BELLON & MANINGO, LTD, counsel for the defendant Ray Anderson, and PHILLIP N. SMITH, JR., Assistant United States Attorney, counsel for the United States of America, that the deadline for objections to the Magistrate Judge's Report of Findings and Recommendation, docket number 49, due on June 13, 2016, be extended by three (3) weeks, to July 5, 2016.

This Stipulation is entered into for the following reasons:

1. Counsel for defendant was appointed to represent Ray Anderson on May 27, 2016;

2. That undersigned counsel did not receive a copy of the discovery from Federal Public Defender's Office until June 6, 2016;

3. That undersigned counsel needs additional time to review the discovery, research and draft the objections and discuss them with defendant;

4. That the AUSA Phillip Smith is agreeable to the continuance;

5. That this is undersigned counsel's first request for an extension of time filed herein;

6. That additional time requested herein is not sought for purposes of delay, but merely to allow counsel sufficient time within which to be able to effectively complete research and draft objections;

7. That denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D), (7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

DATED this 16th day of June, 2016.

| Bellon & Maningo, Ltd. | United States of Attorney |
|---|---|
| */s/ Lance Maningo* | */s/ Phillip N. Smith, Jr.* |
| By: _____ | By: _____ |
| LANCE A. MANINGO, ESQ. | PHILLIP N. SMITH, JR. |
| Attorney for Defendant | Assistant United States Attorney |
| RAY ANDERSON | Attorney for Plaintiff |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THE UNITED STATES OF AMERICA,              )
                                            )   2:15-CR-00200-KJD-PAL
             Plaintiff,                     )   (First Request)
                                            )
vs.                                         )
                                            )
RAY ANDERSON,                               )
                                            )
             Defendant.                     )
_____ )

## **FINDINGS OF FACTS**

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Counsel for defendant was appointed to represent Ray Anderson on May 27, 2016;

2. That undersigned counsel did not receive a copy of the discovery from Federal Public Defender's Office until June 6, 2016;

3. That undersigned counsel needs additional time to review the discovery, research and draft the objections and discuss them with defendant;

4. That the AUSA Phillip Smith is agreeable to the continuance;

5. That this is undersigned counsel's first request for an extension of time filed herein;

6. That additional time requested herein is not sought for purposes of delay, but merely to allow counsel sufficient time within which to be able to effectively complete research and draft objections;

3

7. That denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D), (7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

## CONCLUSIONS OF LAW

The ends of justice are served by granting said extension of time.

## ORDER

IT IS THEREFORE ORDERED that the deadline for objections to the Magistrate Judge's Report of Findings and Recommendation due June 13, 2016, be extended to July 5, 2016.

DATED this 1st day of July, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

/s/ Lance Maningo

_____
BELLON & MANINGO, LTD.
LANCE A. MANINGO, ESQ.
Nevada Bar No.: 006405
732 S. Sixth Street, Suite 102
Las Vegas, Nevada 89101
Attorney for Defendant
RAY ANDERSON

4