UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAY ANDERSON,

    Defendant.

Case No. 2:15-CR-00200-KJD-PAL

**ORDER**

    Before the Court for consideration is the Report of Findings and Recommendation (#49) of Magistrate Judge Peggy A. Leen entered April 27, 2016, recommending that Defendant's Motion to Suppress Evidence (#25/26) be denied. Objections to the Magistrate Judge's Report and Recommendation were due no later than July 15, 2016. However, despite having been given extensions of time to file objections, no objections have been filed. Further, Defendant has signed a plea agreement.

    The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report of Findings and Recommendation (#49) of the United States Magistrate Judge entered April 27, 2016, should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report of Findings and Recommendation (#49) entered April 27, 2016, is **ADOPTED and AFFIRMED**, and Defendant's Motion to Suppress Evidence (#25/26) is **DENIED**.

DATED this 4th day of August 2016.

_____
Kent J. Dawson
United States District Judge