Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| | ) 2:15-CR-00200-KJD-PAL |
| Plaintiff, | ) (First Request) |
| | ) |
| vs. | ) |
| | ) |
| RAY ANDERSON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER TO CONTINUE PRELIMINARY**
**REVOCATION HEARING AND REVOCATION HEARING**
**OF SUPERVISED RELEASE**

It is stipulated and agreed, by and between NICHOLAS A. TRUTANICH, United States Attorney; SHAHEEN P. TORGOLEY, Assistant United States Attorney, counsel for the United States of America, and LANCE MANINGO, ESQ., of MANINGO LAW, counsel for defendant RAY ANDERSON, that Preliminary Revocation Hearing scheduled in this matter for Monday, June 1, 2020, at 4:00 p.m., and Revocation Hearing of Supervised Release set on Tuesday, June 9, 2020, at 10:00 a.m., be vacated and continued for a period of not less than 30 days.  This stipulation is entered into for the following reasons:

1. The parties agree to this continuance;

2. Defendant is currently in custody. Counsel for defendant is unable to speak with Defendant prior to the hearing;

1

3. Defendant is potentially facing additional federal charges. Counsel for defendant needs additional time to meet and confer with defendant regarding this new development.

4. The parties agree there are no case specific facts as to this matter where further delay would cause serious harm to the interests of justice. Given this, and the current circumstances relating, a continuance of Preliminary Revocation Hearing and Revocation Hearing of Supervised Release is appropriate.

5. This is the first request for continuance.

DATED this 29th day of May, 2020.

By:   /s/ Lance Maningo
Lance A. Maningo
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Attorney for Defendant

By:   /s/ Shaheen Torgoley
Shaheen P. Torgoley
Assistant United States Attorney
501 Las Vegas Blvd., S. Ste 1100
Las Vegas, Nevada 89101
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| | )   2:15-CR-00200-KJD-PAL |
| Plaintiff, | )   (First Request) |
| | ) |
| vs. | ) |
| | ) |
| RAY ANDERSON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. The parties agree to this continuance;

2. Defendant is currently in custody. Counsel for defendant is unable to speak with Defendant prior to the hearing;

3. Defendant is potentially facing additional federal charges. Counsel for defendant needs additional time to meet and confer with defendant regarding this new development.

4. The parties agree there are no case specific facts as to this matter where further delay would cause serious harm to the interests of justice. Given this, and the current circumstances relating, a continuance of Preliminary Revocation Hearing and Revocation Hearing of Supervised Release is appropriate.

5. This is the first request for continuance.

/ / / /

/ / / /

/ / / /

3

**ORDER**

IT IS ORDERED that Preliminary Revocation Hearing currently scheduled for June 1, 2020, be vacated and continued to 7/9/2020 at 10:00 am in 3D before Magistrate Judge Cam Ferenbach.

IT IS FURTHER ORDERED that Revocation Hearing of Supervised Release currently scheduled for June 9, 2020, be vacated and continued to 7/14/2020 at 9:00 am in 4A before Judge Kent A. Dawson.

DATED this 1st day of June, 2020.

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted By:

 /s/  Lance Maningo
Lance A. Maningo, Esq.
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, NV 89101
Attorney for Defendant

4