Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | 2:15-CR-00200-KJD-PAL |
| Plaintiff, | (Second Request) |
| vs. | |
| RAY ANDERSON, | |
| Defendant. | |

### ORDER TO CONTINUE
### PRELIMINARY REVOCATION HEARING

It is stipulated and agreed, by and between NICHOLAS A. TRUTANICH, United States Attorney; CHRISTOPHER LIN, Assistant United States Attorney, counsel for the United States of America, and LANCE MANINGO, ESQ., of MANINGO LAW, counsel for defendant RAY ANDERSON, that Preliminary Revocation Hearing scheduled in this matter for Thursday, July 9, 2020, at 10:00 a.m., be vacated and continued for a period of not less than 45 days.  This stipulation is entered into for the following reasons:

1. The parties agree to this continuance;

2. Defendant is facing additional federal charges and is waiting to be arraigned on a new indictment;

3. Counsel for defendant needs additional time to meet and confer with defendant regarding this new development and discuss any potential resolution;

4. Defendant is in custody and does not oppose this stipulation;

5. The parties agree there are no case specific facts as to this matter where further delay would cause serious harm to the interests of justice. Given this, and the current circumstances relating, a continuance of Preliminary Revocation Hearing is appropriate; and

6. This is the second request for continuance.

DATED this 7th day of July, 2020.

By: /s/ Lance Maningo
Lance A. Maningo
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Attorney for Defendant

By: /s/ Christopher Lin
Christopher Lin
Assistant United States Attorney
501 Las Vegas Blvd., S. Ste 1100
Las Vegas, Nevada 89101
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | 2:15-CR-00200-KJD-PAL |
| Plaintiff, ) | (Second Request) |
| ) | |
| vs. ) | |
| ) | |
| RAY ANDERSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. The parties agree to this continuance;

2. Defendant is facing additional federal charges and is waiting to be arraigned on a new indictment;

3. Counsel for defendant needs additional time to meet and confer with defendant regarding this new development and discuss any potential resolution;

4. Defendant is in custody and does not oppose this stipulation;

5. The parties agree there are no case specific facts as to this matter where further delay would cause serious harm to the interests of justice. Given this, and the current circumstances relating, a continuance of Preliminary Revocation Hearing is appropriate; and

6. This is the second request for continuance.

/ / / /

/ / / /

/ / / /

/ / / /

3

## ORDER

IT IS ORDERED that Preliminary Revocation Hearing currently scheduled for July 9, 2020, be vacated and continued to September 8, 2020 at 2:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 8th day of July, 2020.

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

 /s/  Lance Maningo
Lance A. Maningo, Esq.
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, NV 89101
Attorney for Defendant