# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00200-KJD-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| RAY ANDERSON, | |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to continue Defendant ANDERSON's Revocation Hearing currently set for January 26, 2021, to Tuesday, April 20, 2021 at 10:30 a.m.

DATED this 22nd day of January, 2021.

_____
HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE